# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 11, 2009

138808

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CURTIS SMITH,
      Plaintiff-Appellee,

v

YAZDI N.AMARIA, M.D., and
DR. YAZDI N.AMARIA, M.D.,
P.C.,
      Defendants-Appellants.

SC: 138808
COA: 283229
St. Joseph CC: 07-000656-NH

_____/

     On order of the Court, the application for leave to appeal the March 26, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk